FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2021

No. 04-21-00271-CV

**IN THE INTEREST OF B.C.V, A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020EM501649
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

Appellant filed a notice of appeal on July 6, 2021. Thereafter, appellant filed a statement of inability to afford payment of costs. It is therefore **ORDERED** that the clerk of this court provide a copy of appellant's statement of inability to afford payment of costs to the other parties, the trial court clerk, and the court reporter. It is **FURTHER ORDERED** that any objection to appellant's indigence must be filed on or before **August 23, 2021**. If no objection is filed, the appellant will be deemed indigent for purposes of this appeal, and the trial court clerk and the court reporter will be required to file the clerk's record and reporter's record in this appeal without payment of costs.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court